IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                    Case No. 3:05cr99/LAC

DANG NGUYEN

_____

## ORDER ADOPTING CONDITIONS OF RELEASE

The Defendant is charged by an indictment with offenses alleged to have been committed in this district. At an initial appearance held on March 3, 2006, in the Eastern District of Louisiana, conditions of release were set, but Defendant has been unable to meet the conditions and remains in custody. **At an initial appearance held in this district on March 23, 2006, it was determined that the same conditions as were imposed at his initial appearance in the Eastern District of Louisiana, in case no. 06-30 MAG, shall remain in effect.**

**DONE and ORDERED** in Pensacola, Florida on this 23rd day of March 2006.

_____
ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2006 MAR 23  PM 3: 20

FILED