# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                  CASE NO. 3:05cr99/LAC
                                                                             3:07cv127/LAC/MD

DANG NGUYEN

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   MAY 2, 2007
Type of Motion/Pleading: MOTION FOR ORDER TO FILE AN AMENDED SECTION 2255 MOTION AND FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO A CORRECTED MOTION
Filed by: PLAINTIFF/RESPONDENT on 5/1/07   Document   471
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                           on _____ Doc.# _____
                                           on _____ Doc.# _____
                                           WILLIAM M. McCOOL, CLERK OF COURT

                                                      s/L. James
                                                    Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 4th day of May, 2007, that:

(a)   The requested relief is GRANTED as follows.

(b)   The clerk shall send defendant a § 2255 form. This case number and the word "Amended" shall be on the form. If defendant wishes to proceed with his motion, within thirty days from the date of this order, he shall file an amended § 2255 motion, filling out the form and ensuring that the attachment pages, if any, are legible and properly copied. The government shall have an additional 60 days after receipt of the amended motion in which to respond.

                                                           /s/ Miles Davis
                                                           MILES DAVIS
Entered On Docket: _____ By: UNITED STATES MAGISTRATE JUDGE
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.